IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN CLANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-124-NJR-RJD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on April 22, 2020, judgment is entered in favor of Plaintiff Kevin Clanton and against Defendant United States of America in the amount of **$29,692,296**.

DATED:   April 22, 2020

MARGARET M. ROBERTIE,
Clerk of Court

By:   s/ *Deana Brinkley*
        Deputy Clerk

APPROVED:   _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge